UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEON-MICHAEL WILLIAMS, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>NEVADA HIGHWAY PATROL, *et al.*, <br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00164-MMD-CLB <br><br>ORDER |

*Pro se* Plaintiffs Keon-Michael Williams, Robert Walker, and Quentin Gibson bring this action against Defendants Nevada Highway Patrol, Jesse Cornett, K. Itskin, and Fallon Police Department under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 8), recommending that the Court deny Plaintiffs' applications to proceed *in forma pauperis* ("IFP Applications") (ECF Nos. 1, 5, 6, 7) as moot, and dismiss the Complaint (ECF No. 1-1) without prejudice. Objections to the R&R were due July 29, 2022. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R in full.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory

Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there were no objections, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. Judge Baldwin correctly found that *pro se* Plaintiffs may not proceed jointly in this lawsuit without the representation of licensed counsel. (ECF No. 8 at 4.) *See Martinez v. Eighth Judicial Dist. Court*, 729 P.2d 487, 488 (Nev. 1986); *Salman v. Newell*, 885 P.2d 607, 608 (Nev. 1994); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962); *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 665 (9th Cir. 2008). However, each *pro se* Plaintiff may pursue his claims in his own, separate action. Accordingly, the Court will dismiss Plaintiffs' Complaint (ECF No. 1-1) without prejudice, and deny Plaintiffs' IFP Applications (ECF Nos. 1, 5, 6, 7) as moot.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that Plaintiffs' IFP Applications are denied as moot. (ECF Nos. 1, 5, 6, 7.)

It is further ordered that this case is dismissed without prejudice.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1).

The Clerk of Court is directed to enter judgment accordingly and close this case. No other documents may be filed in this now-closed case.

DATED THIS 29th Day of August 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE