AO450 (NVD Rev. 2/18) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

KEON-MICHAEL WILLIAMS, *et al.*,

    Plaintiff,

v.

NEVADA HIGHWAY PATROL, *et al.*,

    Defendants.

JUDGMENT

Case Number: 3:22-cv-00164-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judge Baldwin's Report and Recommendation (ECF No. 8) is accepted and adopted in full. Plaintiffs' IFP Applications are denied as moot. (ECF Nos. 1, 5, 6, 7.)
    **IT IS FURTHER ORDERED** that this case is dismissed without prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed. No other documents may be filed in this now-closed case.



Date: 8/29/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*